In the Matter of the Claim of ANASTAZIA LISCHEZ, Respondent, against THE

INTERSTATE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed, and claim remitted to the State Industrial Board to make an award on the basis of wages actually earned as shown in the statement made by the manager of the employer, without costs. All concur.

In the Matter of the Claim of JAMES COSTELLO, Respondent, against NIAGARA SPRAYER AND CHEMICAL CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MOLLIE P. WYCHE, Respondent, against MASON & HANGER CO., INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MARY GORDON, Respondent, against MANNIE WALKER, Doing Business as HARRY & MANNIE, Respondent, and ÆTNA LIFE INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of WINIFRED M. RICHTER, Respondent, against THE MORISON ELECTRICAL SUPPLY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.